IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVON PERRY, | : | No. 4:15-CV-1983 |
| Petitioner, | : | |
| v. | : | (Judge Brann) |
| PURDUE, WARDEN, | : | (Magistrate Judge Carlson) |
| Respondent. | : | |

**O R D E R**

April 14, 2016

The undersigned has given full and independent consideration to the October 14, 2015 report and recommendation of Chief Magistrate Judge Martin C. Carlson. ECF No. 3.  No objections have been filed.

Because this Court agrees with Chief Magistrate Judge Carlson's recommendation that the action be transferred to the District of Maryland, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Carlson's October 14, 2015 Report and Recommendation is ADOPTED in full.  ECF No. 3.

2. The clerk is directed to transfer 4:15-CV-1983 to the District of Maryland. Consideration of the habeas petition along with petitioner's 'motion for immediate release' are left to the sound discretion of that court.

3. The clerk is directed to close the file.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge